AUSA: Turkelson  Telephone: 810.766.5177
Special Agent: David McGovern  Telephone: 810.768.7600

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America,

    Plaintiff,

v.

Briann Christopher Burnett

Case No. 21-30034
Judge: Unassigned
Filed: 1/19/2021 at 11:54am
CMP SEALED MATTER (kcm)

Defendant(s).

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about the date(s) of **January 17, 2021**, in the county of **Genesee** in the **Eastern** District of **Michigan**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii) | Possession with the intent to distribute more than 500 grams of cocaine |

This criminal complaint is based on these facts:
Please see the attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

David McGovern, Special Agent - DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: January 19, 2021

*Judge's signature*

City and state: Flint, Michigan

Curtis Ivy, Jr., United States Magistrate Judge
*Printed name and title*

## **AFFIDAVIT**

I, David McGovern, being duly sworn, depose and state the following:

1.I am a Special Agent with the Drug Enforcement Administration (DEA) and have been so employed since 1997.  Prior to my employment with DEA, I was a certified Police Officer in the City of Gainesville (Florida) Police Department for approximately five (5) years. I have conducted hundreds of drug investigations, and have participated in scores of search warrants in such investigations, which have led to numerous arrests and prosecutions.

2.I make this affidavit from personal knowledge based on my participation in this investigation, my review of reports and other materials prepared by those who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3.I am currently investigating Briann Christopher Burnett, for violations of federal drug trafficking laws, including violations of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii), possession with the intent to distribute more than 500 grams of cocaine.

4.On January 17, 2021, a Montrose Township Police Officer was

dispatched to a traffic accident that occurred in the 200 block of W. State Street, Montrose, Michigan. Dispatch also indicated the driver of the vehicle was last seen walking away from the accident towards the Family Dollar store carrying a duffel bag. A few minutes later dispatch contacted the responding officers and indicated that a black male, later identified as Brian Christopher Burnett, was in the Family Dollar store saying he was just in an accident and needed a ride to Muskegon, Michigan.

5. Officers then responded to the Family Dollar store and made contact with Burnett. The responding officers noticed a strong odor of alcohol coming from Burnett. Burnett told the officers that he had just crashed his car. Officers subsequently arrested Burnett for leaving the scene of an accident.

6. During a search incident to the arrest, officers located cocaine in Burnett's pants pocket. Officers also found more than 1,000 grams of cocaine and $147,543.62 in the duffel bag that Burnett was carrying at the time of his arrest. Burnett became uncooperative with the officers so field sobriety tests were not completed.

7. Burnett was lodged in the Genesee County Jail for operating while under the influence (OUI), leaving the scene of an accident, and possession of cocaine with intent to deliver.

8. Based on my training and experience, the possession of more than 1,000

grams of cocaine greatly exceeds possession for mere personal use and is indicative of possession with the intent to distribute cocaine. In addition, the close proximity of $147,543.62 to the cocaine further supports my belief that the cocaine was possessed with the intent to distribute.

9. Based on the foregoing, I have probable cause to believe that on January 17, 2021, Brian Burnett, while located in the Eastern District of Michigan, possessed with the intent to distribute more than 500 grams of cocaine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii).

Dated: January 19, 2021

David McGovern
Special Agent
Drug Enforcement Administration.

Sworn to before me and signed in my presence and/or by reliable electronic means on January 19, 2021.

HON. CURTIS IVY, JR.
UNITED STATES MAGISTRATE JUDGE